■ JOANN NEGRON, Plaintiff, v DANIEL GRINBERG TOPELSON et al., Defendants. CHRYSLER FINANCIAL COMPANY, LLP, Third-Party Plaintiff-Appellant, v RICHARD RADNA, M.D., Third-Party Defendant-Respondent. [854 NYS2d 894]—Judgment, Supreme

Court, Bronx County (John A. Barone, J.), entered March 30, 2007, dismissing the third-party complaint as barred by General Obligations Law § 15-108 (c), unanimously affirmed, with costs.

The plain language of General Obligations Law § 15-108 (c) bars the contribution claim of the settling defendant/third-party plaintiff against the nonsettling third-party defendant (*see Chase Manhattan Bank v Akin, Gump, Strauss, Hauer & Feld*, 309 AD2d 173, 174 [2003]). As the Court of Appeals has stated, "[S]urrender of the right to contribution is a small price to ask of a defendant who is intent on avoiding litigation" (*Rock v Reed-Prentice Div. of Package Mach. Co.*, 39 NY2d 34, 41 [1976]).

We have considered the third-party plaintiff's remaining arguments and find them unavailing. Concur—Tom, J.P., Mazzarelli, Williams and Sweeny, JJ.